United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEJMAN MOJTABA BEHZAD,<br>Plaintiff,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Defendants. | Case No. 26-cv-05707-AMO<br><br>**ORDER TO SHOW CAUSE** |

The Court has reviewed Petitioner's Petition for Writ of Habeas Corpus, Dkt. No. 1, and Motion for Temporary Restraining Order, Dkt. No. 1. The issues raised therein appear to mirror those previously addressed by the Court in many prior cases. *See Alauddin v. Chestnut*, No. 1:26-CV-03541 (AMO), 2026 WL 1346863 (E.D. Cal. May 14, 2026); *Ozturk v. Lyons*, No. 1:26-CV-03484 (VC), 2026 WL 1354540 (E.D. Cal. May 14, 2026); *Zheng v. Warden*, No. 1:26-CV-03533 (EJD), 2026 WL 1354477 (E.D. Cal. May 14, 2026). On or before **June 15, 2026**, Respondents are **ORDERED TO SHOW CAUSE** as to whether there are any factual or legal issues in this case that render it distinct from the Court's prior orders in the cases listed above.

Furthermore, the Court intends to rule directly on the Petition, with the understanding that the Court will also consider any arguments made and exhibits submitted in support of the TRO. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); 28 U.S.C. § 2243 ("The court shall summarily hear and determine the facts, and dispose of [a petitioner's habeas petition] as law and justice require."); *Dzhabrailov v. Decker*, No. 20-cv-03118-PMH, 2020 WL 2731966, at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously).

Respondents shall file a response to the Petition by no later than **June 15, 2026**. Any

United States District Court
Northern District of California

response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. Petitioner may file a reply by **June 16, 2026**.

Respondents are **PROHIBITED** from transferring Petitioner while the habeas petition and TRO are pending. The matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary.

Counsel for petition shall serve this Order on Counsel for Respondents and file a proof of serve by no later than 6:00 p.m. today. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

Dated: June 12, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**